| | |
|---|---|
| 1 | KAREN D. MCDANIEL (*Pro Hac Vice*) |
| 2 | kmcdaniel@briggs.com<br>ERIN O. DUNGAN (Bar No. 227090) |
| 3 | edungan@briggs.com<br>BRIGGS and MORGAN, P.A. |
| 4 | 2200 IDS Center<br>80 South Eighth Street |
| 5 | Minneapolis, Minnesota  55402-2157 |
| 6 | Telephone:  (612) 977-8400<br>Facsimile:  (612) 977-8650 |
| 7 | |
| 8 | EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com |
| 9 | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office |
| 10 | 201 Redwood Shores Parkway<br>Redwood Shores, California 94065 |
| 11 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 12 | Attorneys for Defendants Medtronic, Inc.<br>and Medtronic Vascular, Inc. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENDOTACH LLC, | CASE NO. 5:13-cv-03292-BLF |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL** |
| MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Briggs and Morgan, P.A., counsel for Defendants Medtronic, Inc. and Medtronic Vascular, Inc., hereby notifies the Court and counsel that Erin O. Dungan is no longer practicing with Briggs and Morgan, P.A. and is to be

withdrawn from representation of Defendants in the above-captioned matter. Karen D. McDaniel of Briggs and Morgan, P.A. shall remain as counsel for Defendants.

Dated: __July 2, 2014__                    BRIGGS AND MORGAN, P.A.


                                           By: s/ Karen D. McDaniel
                                               Karen D. McDaniel

                                           Attorneys for Defendants Medtronic, Inc. and Medtronic Vascular, Inc.